## DISCIPLINARY CASES

**2003–1694.   In re Resignation of George.**
On December 12, 2003, this court accepted the resignation of movant Donald Elias George, Attorney Registration No. 0005023, with disciplinary action pending. Pursuant to Gov.Bar R. V(8)(E)(2), the court's order required movant to send notification of his disqualification as an attorney to clients and opposing counsel by certified mail. On December 29, 2003, movant filed a motion for modification of the court's order requesting the court to allow him to serve the notifications required by the court's order by ordinary U.S. Mail with postal assurances of delivery. Upon consideration thereof,
    IT IS ORDERED by the court that the motion be denied.

## MISCELLANEOUS DISMISSALS

**2003–2002.   State ex rel. Allison v. Squire.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon determination pursuant to S.Ct.Prac.R. X(5),
    IT IS ORDERED by the court that this cause be, and hereby is, dismissed.
    RESNICK and LUNDBERG STRATTON, JJ., dissent and would grant an alternative writ.
    O'DONNELL, J., dissents.

[Cite as *1/07/2004 Case Announcements #2,* 2004-Ohio-34.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 7, 2004*

## MOTION AND PROCEDURAL RULINGS

**1985–0007.   State v. Williams.**
Cuyahoga App. No. 47853. Upon consideration of appellant's pro se motion for leave to file pro se motion to vacate this court's November 26, 2003 order setting execution date and appellant's pro se motion to vacate this court's November 26, 2003 order setting execution date,
    IT IS ORDERED by the court that the motions be and hereby are denied.